

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2015

No. 04-14-00491-CV

William M. **COLLINS** and Patricia Collins,
Appellants

v.

Dr. Oliver **WILLIAMS**,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13648
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court